**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 24-436-G-7 |
| | ) | |
| SERRICA GOLDSBY, | ) | |
| | ) | |
| Defendant. | ) | |

## OPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Serrica Goldsby, moves to continue the sentencing hearing set for Wednesday, October 28, 2026. As grounds for this motion, Defendant shows the following:

1. Counsel asks that the sentencing hearing/revocation be continued. Defendant has informed counsel that her newborn son, now a little over three weeks old, is scheduled to see a urologist (and possibly have surgery) on October 30, 2026. The child's physician is Dr. Hiep Nguyen at Banner Health in Mesa, Arizona. On November 9, 2026, Ms. Goldsby is scheduled to see a Dr. Buschmann at Southwest Contemporary Women's care for a post-partum visit. Defendant states she is scheduled to have surgery on this occasion.

2. Counsel has communicated with Stephen Hoch, AUSA, regarding this motion. The government objects.

WHEREFORE, Defendant asks that this motion be granted, and that the

sentencing/revocation hearing be reset.

Respectfully submitted,

/s/ David Autry

David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

Lawyer for Defendant,
Serrica Goldsby

**Certificate of Electronic Filing and Service**

This is to certify that on this 27th day of October 2026, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made to Stephen Hoch, AUSA, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry