**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-7** |
| | ) | |
| **SERRICA GOLDSBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Defendant Serrica Goldsby's Motion to Continue (Doc. No. 796), seeking to continue the revocation and sentencing hearings currently set for October 28, 2026. The Government objects to the Motion. *See id.* at 1.

As grounds for the request, Defendant states that she and her infant son both have upcoming medical appointments in Arizona. *See id.* Defendant's counsel has not provided any documentation or records to support this contention, however.

For this reason, Defendant's Motion to Continue (Doc. No. 796) is DENIED.

IT IS SO ORDERED this 27th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge